# Exhibit B

1

Arrest of Rodney Pierce






# February 19, 2020
## 56 Grimes

Search of 56 Grimes, which is owned by David Burgin, resulted in the seizure of the following:

1.  2 handguns
2.  2 rifles
3.  Approximately $250,000 in U.S. currency
4.  2.35 kilos of suspected cocaine
5.  114 grams of suspected fentanyl
6.  Narcotics presses
7.  Money counter
8.  2 vacuum sealers
9.  2 large containers of cut
10. Packaging materials
11. Mail addressed to Burgin

56 Grimes





56 Grimes







# Firearms Found at 56 Grimes







## Search of Burgin's Residence at 79 Brunswick

Law enforcement seized:

1. 2 firearms

2. Ledger listing properties owned by Burgin, including 56 Grimes and 73 Rogers

3. Zoning Board Letter regarding 56 Grimes sent to David Burgin at 79 Brunswick

4. Building prints for 56 Grimes

5. Notes regarding high-end jewelry

6. Debit cards in the name of David Washington and Blue Money Entertainment

# Search of 79 Brunswick





# Search of 73 Rogers

Law enforcement seized or observed:

1. Hydraulic trap in the stairs
2. Front bedroom closet, false wall, and a hydraulic trap
3. Money counter
4. Scales
5. Vacuum sealer
6. Packaging
7. $246,775 in U.S. currency
8. 2 kilos of fentanyl, 1 kilo of cocaine, and 1 kilo of crack cocaine

9

Search of 73 Rogers







Search of 73 Rogers





# Search of 69 Bennett Village Terrace

Law enforcement seized or observed:

1. Arrested David Washington

2. 12 cell phones

3. $77,000 in a trap in the floor boards

4. Two expensive rings

5. Floor safe

6. Owned by Burgin's sister

7. Address is listed in Burgin's ledger

# Target of DEA Since 2004

- Burgin was the target of a wiretap investigation in 2007, which resulted in the arrests of several of his associates: Vinny Lagrange, Robert Dewitt Stevenson, and others.

- At the time, source information described Burgin as a significant drug trafficker and his organization was moving 30 to 50 kilograms of cocaine per month.

13

# IRS Review of Burgin's Income and Expenditures

## Reported Earnings

- 2004 - $0
- 2005 - $1,667
- 2006 - $6,720
- 2014 - $9,489
- 2015 - $31,011
- 2016 - $28,990
- 2017 - $29,333
- 2018 - $1,617
- **Total - $108,827**

## Known Expenditures

- 2004 - $116,021
- 2005 - $67,129
- 2006 - $164,406
- 2014 - $107,956
- 2015 - $208,860
- 2016 - $117,060
- 2017 - $127,205
- 2018 - $124,670
- **Total - $1,033,307**



## March 22, 2017
## Discussion of Cocaine Prices

CS: What do the prices look like over here?

DB: Shit, right now we pay 30 and we get it here, it come right here. I mean, it's cheaper other places you know whatever but I ain't trying to be nowhere shit.

CS: They 25 down there.

DB: I know, but like I said . . .

CS: The road

DB: I ain't playing no road, no (UI) Buffalo get it here.  (UI) I'm like man, that what I told you before, if you get it here, we good. I mean, shit, I be chillin. I don't try to do much, me and my man, like 20 a week some shit like that call it a day and just be laughing other than that.



## March 22, 2017
## Discussion of Cocaine

CS: If I was to get here with 15, how many can you pay for up front?

DB: 15 huh? (snorts) That's . . . That ain't shit change, it ain't nothing change. If you get here with 15, I'm gonna pay for 15. I mean all I have to know to coordinate like I said we have peoples that comes . . .

CS: Yeah

DB: All the time.



## March 22, 2017
## Discussion of Marijuana

CS: Right now my homeboy had like 500 right before I left. And it is pretty good.

DB: (UI) What's the price and how are we gonna be able to get it here, that's the question.

CS: Yeah.

DB: If you can get it here, now we talking. We can make things happen. Mm. that's the question, what's the price, can you get it here, and that's it. On the front well, what, how much would you want up front and what would the price be.



## March 22, 2017
## Burgin's Connection to Jamaica

Discussing crossing into Canada

DB: I go to Jamaica a lot and they attitude be, my business partner over in Jamaica, his name is Mubarek Said. Those motherfuckers be thinking I'm going to see a terrorist.

CS: Yeah.

DB: They like, yo, what's it . . . I'm like man, it's just my business partner. I'm like, he's an American citizen. And they like, well, how, why is his name so . . . man, I don't know. An then my one partner crusty as hell, they don't allow him back in Jamaica. My other business partner, he can't even go back to Jamaica, I'm like yo. He went the fuck off. Man. But it be, it be crazy. But you get more headache coming back into the States, like . . .
.



## March 22, 2017
## Burgin Discusses His Businesses

DB:  Ain't no (UI), cuz you you get addicted to this shit. I was like, unless you super smart and set up some legal shit that's gonna bring you in just as much or more money than you're making now, you're never gonna wanna quit this.

CS:  Even, even if you do it's hard to stop

DB:  Yo.  Trust me.  I know.  Right now, I'm about to get off 70 a month completely legal.

19

## March 22, 2017
## Discussion of Cocaine Prices

CS: You can't, you can't do more than 30, huh?

DB: Man, not really. That's what I'm getting it at right now. The quality's great. Uh. And that's just cuz we don't drive and get it. My other piece is in Chicago, man

CS: The dude we got bringing 'em man, he chargin' a lot. He chargin' thirteen from Houston to here, thirteen hundred per, per whatchamacallit.

DB: Uh

CS: I'm gonna tell him, I say hey man, if you can do ten to fifteen, maybe twenty, as soon as we get there, but he needs a good number.

DB: Exactly, (UI) at all. Unless you gonna bring extra and then mess me up. Shit. (UI) shit. So. (UI). Mm mm mm

CS: I ain't even gonna risk goin over there though. Fuck em



March 22, 2017
Discussion of Business
in Jamaica

DB: I mean, but I don't rock with it. Like in our office we got over two hundred employees, man it ain't one cute girl in there that I would, that I would mess. At all. Out of two hundred females in our office.

CS: Is labor cheap over there?

DB: Hell yeah. Minimum wage is ninety cents.

CS: You serious?

DB: Yes. Why the hell you think my office is over there? That's why we went over there. That's, that's, that's what (UI), I'm mad as hell now, I've gotta file these fuckin taxes, yeah, I gotta file taxes for the last two years.

CS: Yeah?

DB: My accountant had me (UI), he said, well you know you're gonna owe about seventy thousand. I'm like all right, as long as (UI) I don't touch it. He's like, I'm just letting you know, I'm almost done, but you definitely owe. I'm like, how can I owe, that ain't (UI) that means everything done and.

20

21



# March 22, 2017
## Discussion of Business in Jamaica

CS: Yeah

DB: (UI) like, man. Mm.

CS: That between you and your partners? Or just you?

DB: Nah, that's, that's me. My partners – I'm, nah, that's just me, what I owe.

CS: Yeah.

DB: I mean, I'm the little guy. Aw man, my one partner, he just paid his taxes for this year and it was a hundred and eighty, my other partner owed three hundred. Uncle Sam gets his money.