# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

**THE UNITED STATES OF AMERICA**

-vs-

**David Washington, et al.**

# SEALED INDICTMENT

This Cover Sheet should be removed upon the unsealing of the Indictment.

## IN THE DISTRICT COURT OF THE UNITED STATES

### for the Western District of New York

ORIGINAL
RECEIVED AND FILED
UNITED STATES DISTRICT COURT CLERK
WESTERN DISTRICT OF NEW YORK

FEB 2 0 2020

BY: _____

OCTOBER 2019 GRAND JURY
(Impaneled 10/18/2019)

THE UNITED STATES OF AMERICA

-vs-

**DAVID WASHINGTON**
a/k/a Dirty Dave a/k/a Dirt
a/k/a Wavy Davey, and
**ELEAZAR MARTINEZ MEDINA**

INDICTMENT   20 CR 29A

Violation:
Title 21, United States Code,
Section 846
(1 Count)

### COUNT 1

(Conspiracy to Possess With Intent to Distribute,
and to Distribute, 5 Kilograms or More of Cocaine)

**The Grand Jury Charges That:**

Beginning in or before February 2019, the exact date being unknown, and continuing to on or about the date of the return of this Indictment, in the Western District of New York, and elsewhere, the defendants, **DAVID WASHINGTON a/k/a Dirty Dave a/k/a Dirt a/k/a Wavy Davey** and **ELEAZAR MARTINEZ MEDINA**, did knowingly, willfully, and unlawfully combine, conspire, and agree together and with others, known and unknown, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, 5 kilograms or more of a mixture and substance containing cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

**All in violation of Title 21, United States Code, Section 846.**

DATED: Buffalo, New York, February 20, 2020.

        JAMES P. KENNEDY, JR.
        United States Attorney

BY:   S/TIMOTHY C. LYNCH
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716/843-5846
        Timothy.Lynch@usdoj.gov

BY:   S/LAURA A. HIGGINS
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716/843-5862
        Laura.Higgins@usdoj.gov

A TRUE BILL:

S/FOREPERSON