

ERIE COUNTY CLERKS OFFICE
County Clerk's Recording Page

Return To:

DAVID BURGIN
79 BRUNSWICK BLVD
BUFFALO NY 14208

Index DEED LIBER

Book 10999 Page 7517

No. Pages 0004

Instrument DEED-EXEMPT

Date : 2/07/2002

Time : 9:22:55

Control # 200202070051

CITY OF BUFFALO

BURGIN
DAVID

TT# TT 2001 015126

Employee ID FG

| | | |
|---|---|---|
| COUNTY | $ | 17.00 |
| STATE E&A | $ | 22.00 |
| COE STATE | $ | 4.75 |
| COUNTY E&A | $ | 3.00 |
| COE COUNTY | $ | .25 |
| | $ | .00 |
| | $ | .00 |
| | $ | .00 |
| | $ | .00 |
| Total: | $ | 47.00 |

STATE OF NEW YORK
ERIE COUNTY CLERKS OFFICE

WARNING - THIS SHEET CONSTITUTES THE CLERK'S ENDORSEMENT, REQUIRED BY SECTIONS 319&316-a (5) OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK. DO NOT DETACH. THIS IS NOT A BILL.

DAVID J SWARTS
COUNTY CLERK

TRANSFER TAX

| | | |
|---|---|---|
| CONSIDERATN | $ | 9,000.00 |
| TRANSFER TAX | $ | .00 |


D109997517

# REFEREE'S DEED

**THIS INDENTURE** made this 14 day of January, 2002, between the **CITY OF BUFFALO,** by **MICHAEL A. SEAMAN,** Deputy Commissioner of Administration and Finance, and Director of the Treasury, and **as REFEREE**, in the proceeding hereinafter mentioned, with offices at 65 Niagara Square, Buffalo, New York 14202,

Party of the First Part, and

**David Burgin, residing at 79 Brunswick Boulevard, Buffalo, New York 14208**

Party of the Second Part,

## WITNESSETH

**WHEREAS**, at a Term of the County Court, Erie County, held in the Erie County Hall in the City of Buffalo, New York, on the 24th day of September, 2001, it was, among other things, ordered, adjudged and decreed by said Court in a certain proceeding then pending in the said Court entitled:

**IN THE MATTER OF FORECLOSURE OF THE TAX LIENS BY PROCEEDING IN REM PURSUANT TO ARTICLE ELEVEN OF THE REAL PROPERTY TAX LAW BY THE CITY OF BUFFALO, AFFECTING DISTRICT NOS. 1 THROUGH 14, INCLUSIVE.**

Premises: 54 Bennett Village
Serial No.: 1840

In Rem No. 35
Index No. I 2001-1153

that the City of Buffalo is the owner and holder of good and valid tax liens against the premises described in the Petition and Notice of Foreclosure filed therein and in said judgment, and that all and singular premises described in said Petition and Notice of Foreclosure and judgment, or such part thereof as is sufficient to satisfy such tax liens, and which might be sold separately without material injury to the parties interested, be sold at public auction according to law and the practice of said Court by and under the direction of the Commissioner of Administration and Finance, enforcing officer of the City of Buffalo, or by the Deputy Commissioner of Administration and Finance, appointed **REFEREE** in such proceeding and to whom it was referred by the said judgment, among other things, to make such sale; that the sale be made in the City where the said premises, or the greater part thereof, are situated; that said **REFEREE** give public notice of the time and place of said sale according to law and the course and practice of said Court, and that any of the parties to said proceeding might become a purchaser or purchasers at such sale; that the said **REFEREE** execute to the purchaser or purchasers of said premises, or such a part or parts thereof as shall be sold, a good and sufficient deed or deeds or conveyance for the same and pay the taxes, assessments or water rates which are liens upon the property sold, etc.; and

**WHEREAS**, the said **REFEREE** in pursuance of the order and judgment of said Court, did, on the 22nd and 23rd day of October, 2001 sell at public auction in the Buffalo Convention Center, Convention Center Plaza, in the City of Buffalo, County of Erie and State of New York 14202, the premises in the said order and judgment mentioned, due notice of the time and place of such sale being first given, pursuant to said judgment, at which sale the premises hereinafter described were sold to the party of the second part for the sum of **Nine Thousand Dollars and 00/100 ($9,000.00)**, that being the highest sum bid for the same and being the highest bidder therefor;

**NOW, THIS INDENTURE WITNESSETH:** That the said **MICHAEL A. SEAMAN,** Director of the Treasury of the City of Buffalo, as **REFEREE**, being the party of the first part to these presents, in order to carry into effect the sale made by him pursuant to the order and judgment of said Court, and in conformity with the statute in such case made and provided, and also in consideration of the premises and of the said sum of money so bid as aforesaid, having been first duly paid by the party of the second part, the receipt whereof is acknowledged, has bargained and sold and by these presents does grant and convey unto the said party of the second part, his successors and assigns, all of the right, title and interest which the said City of Buffalo, the County of Erie and all other persons, including the State of New York, infants, incompetents, absentees and non-residents, had at the time of the filing of said Petition and Notice of Foreclosure in said proceeding, or at any time thereafter, it being their interest in said premises which was so sold and is hereby conveyed, in and to,

charge F7755 (-10.00)
F51 CTY - 9000.00
DID-3-0 -22

**ALL THAT TRACT OR PARCEL OF LAND**, situate in the City of Buffalo, County of Erie and State of New York, bounded and described as follows:

| SERIAL NO. | DESCRIPTION OF PROPERTY | DISTRICT NO. |
|---|---|---|
| 1840 | 54 Bennett Vill<br>309.31 W Hill<br>00018 x 00130 | 147010 |

| CERTIFICATE NO. | SBL NO. |
|---|---|
| **06919260** | |

2002072915 1S9

2002072915 53000002 04

**TO HAVE AND TO HOLD** the premises herein granted unto the grantee his successors and assigns forever.

**IN WITNESS WHEREOF**, the grantor has hereunto set his hand and seal this 14 day of January, 2002.

**MICHAEL A. SEAMAN**
Director of the Treasury of the City of Buffalo,
as Referee.

**STATE OF NEW YORK)**
**ERIE COUNTY ) ss.:**
**CITY OF BUFFALO )**

On 14 day of January, in the year 2002, before me the undersigned, personally appeared MICHAEL A. SEAMAN, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Darlene Lapinski
Commissioner of Deeds, Buffalo, New York
My Commission expires 12-31-02

**REFEREE'S DEED**

**IN THE MATTER OF FORECLOSURE OF THE TAX LIENS BY PROCEEDING IN REM PURSUANT TO ARTICLE ELEVEN OF THE REAL PROPERTY TAX LAW BY THE CITY OF BUFFALO, AFFECTING DISTRICT NOS. 1 THROUGH 14, INCLUSIVE.**

**IN REM NO.** **35**
**INDEX NO.** **I 2001-1153**
**PROPERTY:** **54 Bennett Village Terrace, Buffalo, New York 14214**
**SERIAL NO.:** **1840**

**THE CITY OF BUFFALO, BY MICHAEL A. SEAMAN, as REFEREE**

**TO**

**David Burgin**
**Mailing Address: 79 Brunswick Boulevard, Buffalo, New York 14208**

DATED:________________, 2002

**STATE OF NEW YORK)**
**ERIE COUNTY ) ss.:**

**RECORDED ON THE ______**
**DAY OF _______________ A.D.**
**2002, AT ________ O'CLOCK _____**
**IN LIBER _____ OF DEEDS AT PAGE ______**
**AND EXAMINED.**

________________________
**CLERK**

T:\WP60\LML\INN\REFEREE\INREM35\DEEDS\54BENNET.35

TO HAVE AND TO HOLD [illegible]

IN WITNESS WHEREOF, the grantor [illegible] has hereunto set his hand and seal the ___ day of ___ 2002.

MICHAEL A. SEAMAN
Director of the [illegible] of the City of Buffalo,
as Referee

STATE OF NEW YORK )
ERIE COUNTY ) ss:
CITY OF BUFFALO )

On the ___ day of ___ before me, the undersigned, personally appeared MICHAEL A. SEAMAN, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Commissioner of Deeds [illegible] New York
My commission [illegible]

REFEREE'S DEED

IN THE MATTER OF FORECLOSURE OF THE TAX LIENS BY PROCEEDING IN REM PURSUANT TO ARTICLE ELEVEN OF THE REAL PROPERTY TAX LAW BY THE CITY OF BUFFALO, AFFECTING DISTRICT NOS. 1 THROUGH [illegible] INCLUSIVE.

ITEM NO. [illegible]
INDEX NO. I 200[illegible]
PROPERTY: 59 Bennett Village Terrace, Buffalo, New York 14214
SERIAL NO. [illegible]

THE CITY OF BUFFALO, BY MICHAEL A. SEAMAN, as REFEREE

TO

[illegible] Burton
Mailing Address: [illegible] Buffalo, New York [illegible]

Dated [illegible] 200[illegible]

STATE OF NEW YORK )
ERIE COUNTY ) ss:

RECEIVED ON THE ___ DAY OF ___ 200[illegible] AT ___ O'CLOCK ___ M. RECORDED IN LIBER ___ OF DEEDS AT PAGE ___ AND EXAMINED

CLERK